UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NORMAN FRANCIS DOZIER, Petitioner | CIVIL ACTION NO. 1:16-CV-771; SECTION "P" |
| VERSUS | JUDGE WALTER |
| DARREL VANNOY, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is hereby **DENIED**, as Petitioner has failed to make a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27 day of Sept, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE